Same case below, 376 Fed. Appx. 871.

**No. 10-430. Shanna Werner, et al., Petitioners v. Peak Alarm Company, Inc., et al.**

562 U.S. 1064, 131 S. Ct. 660, 178 L. Ed. 2d 483, 2010 U.S. LEXIS 9385.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Utah denied.

Same case below, 243 P.3d 1221.

**No. 10-437. Goody's Family Clothing, Inc., et al., Petitioners v. Mountaineer Property Co. II, LLC, et al.**

562 U.S. 1064, 131 S. Ct. 662, 178 L. Ed. 2d 483, 2010 U.S. LEXIS 9236.

**No. 10-456. Ronald D. Toney, Petitioner v. Swift Transportation Company, Inc.**

562 U.S. 1064, 131 S. Ct. 665, 178 L. Ed. 2d 483, 2010 U.S. LEXIS 9237.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-462. Municipality of Aguada, Puerto Rico, Petitioner v. Maritza Acevedo-Orama, et al.**

562 U.S. 1064, 131 S. Ct. 665, 178 L. Ed. 2d 483, 2010 U.S. LEXIS 9440.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 607 F.3d 261.

**No. 10-464. Texas Disposal Systems Landfill, Inc., Petitioner v. Environmental Protection Agency, et al.**

562 U.S. 1064, 131 S. Ct. 665, 178 L. Ed. 2d 483, 2010 U.S. LEXIS 9187,

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 377 Fed. Appx. 406.

**No. 10-466. Pamela D. Cowell, Petitioner v. Good Samaritan Community Health Care, et al.**

562 U.S. 1064, 131 S. Ct. 666, 178 L. Ed. 2d 483, 2010 U.S. LEXIS 9335.

November 29, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 1, denied.

Same case below, 153 Wash. App. 911, 225 P.3d 294.

**No. 10-473. Robert Grundstein, Petitioner v. Supreme Court of Ohio.**

562 U.S. 1065, 131 S. Ct. 666, 178 L. Ed. 2d 483, 2010 U.S. LEXIS 9195.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 125 Ohio St. 3d 1455, 928 N.E.2d 454.